1  **DANIEL W. WATKINS, ESQ. [CSB No. 128849]**
2  **SKYE RESENDES, ESQ. [CSB No. 278511]**
   **THE WATKINS FIRM, APC**
3  9915 Mira Mesa Blvd., Suite 130
   San Diego, California 92131
4  (858) 535-1511 [Telephone]
   (858) 535-1581 [Facsimile]

5  Attorneys for Defendants
   Consolidated Cleaning Systems, LLC
6  And Greg Augustine

7

8               **UNITED STATES DISTRICT COURT**

9        **SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA**

10  CHRISTOPHER TILLER and MARIA        CASE NO.: '17 CV2526 BEN MDD
    VELASCO-GOMEZ, individually and
11  on behalf of all other similarly situated,

12
              Plaintiffs,              **ANSWER TO COMPLAINT**
13

14  v.
                                       [JURY TRIAL DEMANDED]
15  CONSOLIDATED CLEANING
    SYSTEMS, LLC, f/k/a EXCEL
16  MANAGEMENT SERVICES, LLC, a
    limited liability company, GREG
17  AUGUSTYN, an individual, jointly and
    severally,
18

19            Defendants.

20

21

22      Defendants CONSOLIDATED CLEANING SYSTEMS, LLC, f/k/a EXCEL

23  MANAGEMENT SERVICES, LLC, a limited liability company, GREG

24  AUGUSTYN, an individual (collectively "Defendants"), answer the Complaint of

25  Plaintiffs CHRISTOPHER TILLER and MARIA VELASCO-GOMEZ

26  (collectively, "Plaintiffs") as follows.

27                          **GENERAL DENIAL**

28      Pursuant to FRCP 8(b)(3), Defendants deny generally and specifically each

---
                              1
                           **ANSWER**

and every allegation in the Complaint, including jurisdiction.  In addition, Defendants deny that Plaintiffs have suffered damages in any sum by any act or omission on the part of Defendants or their officers, agents, or employees.

## AFFIRMATIVE DEFENSES

Defendants assert the following separate affirmative defenses, the applicability of which will be determined through the course of investigation and discovery, and all of which are alleged on information and belief possessed at the present time.  These affirmative defenses, except where otherwise indicated, are being asserted as to each and every cause of action in Plaintiffs' Complaint.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

Defendants allege on information and belief that the Complaint fails to state facts sufficient to constitute a cause of action against Defendants.

## SECOND AFFIRMATIVE DEFENSE
### (Unclean Hands)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because the Complaint is barred by the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE
### (Failure to Exhaust Administrative Remedies)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiffs have failed to exhaust administrative remedies, including those required by state statute and/or internal grievance processes, and is therefore barred from maintaining any or all causes of action.

## FOURTH AFFIRMATIVE DEFENSE
### (Comparative Fault)

Although the Complaint is groundless and without merit, if the court finds

there is a contestable issue, Plaintiffs are barred from recovery herein because any and all alleged events and happenings, injuries, losses or damages referred to in the Complaint were directly and proximately caused and contributed to, in whole or in part, by the carelessness and negligence of Plaintiffs herein or others, and therefore the extent of loss, damages or injury sustained by Plaintiffs, if any, should be reduced in proportion to the amount of negligence or fault attributable to said Plaintiff or others.

## FIFTH AFFIRMATIVE DEFENSE
### (Accord and Satisfaction)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because the parties reached an accord and satisfaction as to all monies allegedly owed because Defendants regularly paid Plaintiff Velasco-Gomez (who in turn paid her employee, Tiller), which payments and acceptance of same satisfied the debt or any other obligation by Defendants to Plaintiffs.

## SIXTH AFFIRMATIVE DEFENSE
### (Novation)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Defendants are relieved of any obligation to Plaintiffs because Plaintiff Velasco-Gomez hired Tiller to perform Velasco-Gomez' own work as an independent contractor.

## SEVENTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiffs have failed to comply with the requisite statutes of limitations for their claims, and accordingly all of their claims are stale.

## EIGHTH AFFIRMATIVE DEFENSE
### (Variance to Allegations)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Defendants allege that Plaintiffs' claims under the FLSA are barred to the extent they vary from the allegations of any administrative charge filed with any appropriate agency.

## NINTH AFFIRMATIVE DEFENSE
### (Apportionment of Fault)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiffs have failed to exercise reasonable care and diligence on their own behalf, thereby contributing to their alleged damages. Plaintiffs' recovery against Defendants, if any, must be reduced by the proportion of damages caused by Plaintiffs' acts, omissions, and conduct.

## TENTH AFFIRMATIVE DEFENSE
### (Set-Off)

To the extent liability is established, Defendants are entitled to an offset against any awarded back pay in an amount equal to any and all interim earnings by Plaintiffs from other employment and/or other sources, and any and all additional sums that constitute interim earnings that Plaintiffs could have earned had they made reasonable efforts to mitigate their damages, and amounts converted by Plaintiffs from the lawful business assets of Defendants. Defendants are also entitled to an offset for any sums Plaintiffs wrongfully converted from Defendants.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Punitive Damages Unconstitutional and Barred by Law)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because any

1    award of punitive damages as sought by Plaintiffs would violate the due process
2    and excessive fine clauses of the Fifth, Eighth, and Fourteenth Amendments of the
3    United States Constitution, as well as the Constitution of the State of California.
4    Also, Defendants have not taken any action or made any omission that would justify
5    the imposition of any damages in this case including exemplary damages.

### TWELTH AFFIRMATIVE DEFENSE

#### (Failure to Mitigate Damages)

8        Although the Complaint is groundless and without merit, if the court finds
9    there is a contestable issue, plaintiffs are barred from recovery herein because
10   Plaintiffs failed to take reasonable steps to reduce or minimize the damages claimed.

### THIRTEENTH AFFIRMATIVE DEFENSE

#### (No Damage to Plaintiff)

13       Although the Complaint is groundless and without merit, if the court finds
14   there is a contestable issue, plaintiffs are barred from recovery herein because even
15   if Plaintiffs' other allegations are true, Plaintiffs suffered no damages or economic
16   loss.

### FOURTEENTH AFFIRMATIVE DEFENSE

#### (Attorney's Fees and Costs Not Recoverable)

19       Plaintiffs' Complaint fails to state facts upon which attorney's fees can be
20   awarded, including but not limited to, the holding in *Chavez v. City of Los Angeles*
21   (2010) 47 Cal.4th 970.

### FIFTEENTH AFFIRMATIVE DEFENSE

#### (Laches)

24       Although the Complaint is groundless and without merit, if the court finds
25   there is a contestable issue, plaintiffs are barred from recovery herein because even
26   if any statute of limitations has not run, Plaintiffs sat on any potential alleged claims
27   against Defendants for many years, and also did not timely raise them when they
28   were allegedly occurring, thus engaging in unwarranted and unreasonably delay,

thus prejudicing Defendants in their defense of these stale claims.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Estoppel)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiffs, by their acts, omissions and conduct, are estopped from asserting any cause of action against Defendants.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Waiver)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiffs have waived their right, if any, to pursue the claims in the Complaint, in whole or in part, by reason of their own actions and course of conduct.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (All Damages are Speculative, Ambiguous, and Vague and Cannot Be Awarded)

Plaintiffs have asserted damages that are speculative, ambiguous, and vague, and which cannot be recovered.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

Plaintiffs cannot demonstrate they have Article III standing in this case as to damages and injunctive relief because Plaintiffs are subject to unique defenses, thus making them inadequate class representatives, and also because Plaintiffs no longer work for Defendants, thus making them incapable of satisfying Article III as to injunctive relief for failure to be subject to actual imminent harm in future.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Failure to Meet Rule 23 Requirements)

Plaintiffs cannot establish all requirements necessary to certify the putative

class in this case.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Justification)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Defendants were justified in paying Plaintiffs as they did because Plaintiff Velasco-Gomez was an independent contractor, and Tiller was her employee, not Defendants'.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Consent)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiffs consented to their treatment as independent contractors and therefore have no employment based claims against Defendants.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Ratification)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiffs ratified to their initial and ongoing treatment as independent contractors and therefore have no employment based claims against Defendants.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Actual or Constructive Notice)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Defendants did not have actual or constructive notice of any alleged failure to pay by Plaintiffs. To the extent that Defendants were aware of any alleged failure, Defendants exercised reasonable care to prevent and correct promptly same.

//

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Release)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Defendants are equitably, actually, or impliedly released from any claims by Plaintiffs because Plaintiffs' words and conduct released all of the claims against Defendants now being made in this action.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Breach of Contract)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiff Velasco-Gomez breached her contract with Defendants that she would pay Plaintiff Tiller monies allegedly due to him.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

The Complaint, and each and every purported claim alleged therein, is barred because any recovery from Defendants would result in Plaintiffs' unjust enrichment.

## TWENTY-EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE

### (Legal Remedy Precludes Injunctive and Equitable Relief)

Plaintiffs' claims for injunctive and other equitable relief are barred because Plaintiffs have an adequate and complete remedy at law.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (No Liability for Individual Defendant)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because the individual Defendant was not Plaintiffs' employer under the governing law and, therefore, he is not a proper party to this action.

//

## THIRTIETH AFFIRMATIVE DEFENSE

### (Good Faith of Answering Defendants)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because the conduct of Defendants herein was engaged in a good faith belief Plaintiffs were and wanted to be independent contractors.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Lack of Causation)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Defendants were not the actual or proximate cause of any of Plaintiffs' alleged harm.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Comparative Fault of Third Parties)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because the cause of Plaintiff Tiller's harm, if any, is due to the conduct or omissions of Plaintiff Velasco-Gomez.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (Lack of Privity)

Defendants were not in privity with Plaintiff Tiller because he was Plaintiff Velasco-Gomez' employee.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Contribution)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Any sums allegedly owed by Defendants to Plaintiff Tiller should be paid, in whole or in part, by Plaintiff Velasco-Gomez' because Tiller was here employee and

1 Defendants paid Velasco-Gomez amounts billed by Velasco-Gomez for particular
2 jobs where Tiller worked.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

#### (Indemnification)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Any sums allegedly owed by Defendants to Plaintiff Tiller should be paid, in whole or in part, by Plaintiff Velasco-Gomez' because Tiller was here employee and Defendants paid Velasco-Gomez amounts billed by Velasco-Gomez for particular jobs where Tiller worked.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

#### (Fraud in the Inducement)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiffs Velasco-Gomez and Tiller's claims are void or voidable because Plaintiffs fraudulently led Defendants to believe they would work as, and did work as, independent contractors and also that when Velasco-Gomez billed Defendants for work performed by Velasco-Gomez and Tiller that she would pay Tiller for his time worked.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

#### (Intervening/Superseding Cause)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiff Velasco-Gomez is the intervening and/or superseding cause of Tiller's alleged harms because her conduct in hiring Tiller and not paying him were unforeseen intentional acts that broke any chain of causation between Defendants and Tiller.

//

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

### (Acquiescence)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Plaintiffs acquiesced to their treatment as independent contractors, going along with the arrangement and failing to state anything for years, therefore they have no employment based claims against Defendants.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

### (Performance)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Defendants fully performed under the oral agreement they had with Plaintiffs.

## FORTIETH AFFIRMATIVE DEFENSE

### (Excused from Performance)

Although the Complaint is groundless and without merit, if the court finds there is a contestable issue, plaintiffs are barred from recovery herein because Defendants were excused from performing under the oral agreement they had with Plaintiffs.

## FORTY FIRST AFFIRMATIVE DEFENSE

### (Reservation of Affirmative Defenses)

Defendants reserve the right to allege other affirmative defenses as facts warranting same may be learned during the course of discovery.

//
//
//
//
//
//

**ANSWER**

WHEREFORE, Defendants pray for judgment as follows:

1. That this action be dismissed in its entirety, with prejudice.

2. That judgment enter for Defendants and against Plaintiffs.

3. That Defendants be awarded their costs of suit and, where authorized by law or contract, attorney fees incurred herein; and

4. For such and other further relief as this Court may deem just and proper.

Dated:    April 18, 2018                    **THE WATKINS FIRM, APC**

Daniel W. Watkins, Esq.
Skye Resendes, Esq.
Attorneys for Defendants

**ANSWER**